UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES A. DELANIS,
     Plaintiff,

v.

METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
et al.,
     Defendants.

Case No. 3:22-cv-00469

Judge Eli J. Richardson
Magistrate Judge Luke A. Evans

## ORDER

On May 27, 2026, the Court held a telephonic initial case management conference. At the conference, plaintiff stated an intent to file a petition for certiorari with the Supreme Court of the United States concerning the Sixth Circuit's determination that defendant Baker, Donelson, Bearman, Caldwell & Berkowitz, PC was entitled to qualified immunity. (Doc. Nos. 121, 129.) *See also DeLanis v. Metro. Gov't of Nashville & Davidson Cnty.*, 160 F.4th 732 (6th Cir. 2025). The parties disagreed as to how discovery should proceed while plaintiff seeks Supreme Court review. Based on an application for an extension presented to Justice Kavanaugh and granted on April 3, 2026, plaintiff had up to and including June 29, 2026 to file a certiorari petition. (6th Cir. Case No. 23-5939, Doc. No. 54.)

The Supreme Court docket for the case (Case No. 25A1081) shows that plaintiff neither filed a petition nor sought any further extension by June 29, 2026.

Accordingly, the Court has scheduled a telephonic case management conference for **July 14, 2026 at 10:30 AM**. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge